IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA S. MCKLENY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV36 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY | ) | ORDER |
| ADMINISTRATION, JoAnne B. | ) | |
| Barnhart, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This mater is before the court on pro se plaintiff's request to proceed without prepayment of fees.   Filing No. 3.  The court has carefully reviewed the application and finds plaintiff has sufficient assets and income to pay the filing fee in this case.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed without prepayment of fees, Filing No. 3, is denied.  Plaintiff shall have thirty days from the date of this order to pay her filing fee or have her case dismissed.

DATED this 1st day of February, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge