IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA S. MCKLENY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV36 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, JoAnne B. Barnhart, Commissioner, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This mater is before the court because of the plaintiff's failure to pay filing fees. On February 1, 2008, the court denied the plaintiff's motion to proceed without prepayment of fees, Filing No. 5. Plaintiff was given thirty days from the date of the order to pay her filing fee or have her case dismissed.

The plaintiff has failed to pay her filling fee. Therefore, the court hereby dismisses this case without prejudice.

IT IS HEREBY ORDERED THAT:

1. This matter is dismissed without prejudice; and

2. A copy of this Order is to be mailed to the pro se plaintiff at her last known address.

DATED this 27th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge